# COURTROOM MINUTE SHEET
## SENTENCING PROCEEDINGS

Date __05/19/10__    Case No. __4:10CR00079 ERW__

UNITED STATES OF AMERICA vs. __Randall Penberthy, Jr.__

Judge __E. Richard Webber__   Deputy Clerk __R. Douglas__   Court Reporter __C. Simpson__

Interpreter _____   Probation Officer __present__

Assistant U.S. Attorney __Reginald Harris__

Defendant Attorney __Lucy Liggett__

✘ Defendant/Parties present for imposition of sentence
✘ Presentence Report adopted by Court as findings of fact   ✘ PSR filed under seal
✘ Sentence imposed (see judgment)
☐ Count _____ dismissed on motion of AUSA
☐ Government's Motion is  ☐ granted  ☐ denied
☐ Objection(s) to PSR heard and ☐ granted as follows: ☐ denied ☐ withdrawn

_____
_____

☐ The Court makes the following recommendations to the Bureau of Prisons:

_____
_____
_____

☐ Defendant remanded to custody of the USMS
✘ Defendant granted a voluntary surrender to the institution/USMS for incarceration as notified by USMS   ☐ Surrender date _____
☐ Defendant is released on Probation pending processing by USMS

☐ Exhibits returned to and retained by counsel

Defendant attorney present at __8:50__ a.m.
Proceedings commenced __9:45__ a.m.  Concluded __10:25__ a.m.